This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**JODY VINYARD,**

Worker-Appellant,

v.                                                                    **NO. 32,832**

**PALO ALTO, D/B/A PIZZA HUT,**
**and MANUFACTURER'S ALLIANCE,**

Employer/Insurer-Appellee,

Law Office of Alvin R. Garcia, LLC
Alvin R. Garcia
Albuquerque, NM

for Appellant

Maestas & Suggett, P.C.
Albuquerque, NM

for Appellee

**APPEAL FROM THE NEW MEXICO WORKERS' COMPENSATION ADMINISTRATION**
**Reginald C. Woodard, Workers' Compensation Judge**

**MEMORANDUM OPINION**

**GARCIA, Judge.**

{1}     Summary reversal was proposed for the reason stated in the notice of proposed disposition. No memorandum opposing summary reversal has been filed, and the time for doing so has expired.

{2}     REVERSED.

{3}     **IT IS SO ORDERED.**

_____
**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**

_____
**CYNTHIA A. FRY, Judge**

_____
**LINDA M. VANZI, Judge**